UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DALTON,<br><br>                Plaintiff(s),<br><br>                v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,<br><br>                Defendant(s).<br>                                          / | CASE NO. CV 10-00480 JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
    ☐  Non-binding Arbitration (ADR L.R. 4)
    ☐  Early Neutral Evaluation (ENE)    (ADR L.R. 5)
    ☐  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ☒  Private ADR (*please identify process and provider*)  Private Mediation.
          The parties are checking with David Meadows to serve as mediator.

The parties agree to hold the ADR session by:
    ☒  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☐  other requested deadline  _____

Dated: April 30, 2010                                    *s/Charles B. Perkins*
                                                          Charles B. Perkins
                                                          Attorney for Plaintiff Diane Dalton

Dated: April 30, 2010                                    *s/Dennis G. Rolstad*
                                                          Dennis G. Rolstad
                                                          Attorneys for Defendant
                                                          Hartford Life And Accident Insurance Company

American LegalNet, Inc.
www.USCourtForms.com

Dated: April 30, 2010                              *s/Timothy P. O'Toole*
                                                             Timothy P. O'Toole
                                                             Attorneys for Defendant
                                                             Group Long Term Disability Benefits
                                                             for Employees of Apple Computer,
                                                             Inc. Plan

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

                                                             *s/Dennis G. Rolstad*
                                                             Dennis G. Rolstad

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: May 3, 2010

_____
UNITED STATES DISTRICT JUDGE

American LegalNet, Inc.
www.USCourtForms.com