| | |
|---|---|
| 1 | FLYNN, ROSE & PERKINS |
|   | CHARLES B. PERKINS  Bar No. 126942 |
| 2 | 59 North Santa Cruz Avenue, Suite Q |
|   | Los Gatos, California 95030 |
| 3 | Telephone: (408) 399-4566 |
|   | cbperk@earthlink.net |
| 4 | |
|   | Attorneys for Plaintiff |
| 5 | DIANE DALTON |

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
DENNIS G. ROLSTAD  Bar No. 150006
ERIN A. CORNELL  Bar No. 227135
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
dennis.rolstad@sdma.com

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

MILLER & CHEVALIER CHARTERED
TIMOTHY P. O'TOOLE  Bar No. 153232
655 15th Street, NW, Suite 900
Washington, D.C. 20005
(202) 626-5552
totoole@milchev.com

Attorneys for Defendant
GROUP LONG TERM DISABILITY BENEFITS FOR
EMPLOYEES OF APPLE COMPUTER, INC. PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DALTON, | CASE NO. C 10-00480 JW |
| Plaintiff, | |
| v. | [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; GROUP LONG TERM DISABILITY BENEFITS FOR EMPLOYEES OF APPLE COMPUTER, INC. PLAN, | |
| Defendants. | |

1  Based upon the parties' Stipulation Re Dismissal of Entire Action with Prejudice, it is
2  hereby ORDERED that this entire action is dismissed with prejudice, including the complaint
3  and any and all cross-claims or counter-claims, each party to bear his or its own attorneys' fees
4  and costs.
5  IT IS SO ORDERED. The Clerk shall close this file.
6  Dated: __July 22, 2010_____

   _____
   Honorable James Ware